**No. 65169.**—Samuel J. Kobe Corp. *v.* United States, protest 220775–K (New York).

344

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of knit fabrics and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.